# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY C. RITTER, | No. 4:17-CV-00501 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| KATHY J. BRITTAIN | |
| and | |
| THE PENNSYLVANIA ATTORNEY GENERAL, | |
| Respondents. | |

# ORDER

**MAY 31, 2019**

On March 22, 2017, Timothy C. Ritter filed a petition for a writ of habeas corpus pursuant 28 U.S.C. § 2254.[1] On March 29, 2019, Magistrate Judge Martin C. Carlson recommended that this Court deny Mr. Ritter's petition without issuing a certificate of appealability.[2] Mr. Ritter objected to that Report and Recommendation on May 6, 2019.[3]

---

[1] ECF No. 1.

[2] ECF No. 22.

[3] ECF No. 25.

The Court has conducted a de novo review of the objected-to portions of Magistrate Judge Carlson's Report and Recommendation, and agrees with its analysis and conclusions. Therefore, **IT IS HEREBY ORDERED** that:

1. Mr. Ritter's Objections, ECF No. 25, are **OVERRULED**.

2. The Report and Recommendation, ECF No. 22, is **ADOPTED IN ITS ENTIRETY**.

3. Mr. Ritter's Petition, ECF No. 1, is **DENIED**.

4. A certificate of appealability **SHALL NOT** issue.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge